

SEALED
U.S. DISTRICT COURT
2010 APR -1  A 9: 56
DISTRICT OF UTAH
BY:
DEPUTY CLERK

CARLIE CHRISTENSEN, Acting United States Attorney (#633)
VICTORIA K. McFARLAND, Special Assistant United States Attorney (#11411)
Attorneys for the United States of America
185 South State Street, Suite 300 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 325-3387

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | Case No. 2:10CR00252 DB |
|---|---|---|
| Plaintiff, | : | |
| | : | MOTION FOR WRIT OF HABEAS |
| v. | : | CORPUS AD PROSEQUENDUM |
| GRACE HELEN DAVIE, | : | |
| Defendant. | : | Magistrate Judge Samuel Alba |

The United States Attorney for the District of Utah respectfully shows this Honorable Court that the above named defendant, GRACE HELEN DAVIE, now being confined in the Beaver County Jail, under the authority of the state of Utah, is to appear in United States District Court for the District of Utah before the Honorable Magistrate Samuel Alba, on April 2, 2010, at 11:00 a.m., on the charges of Title 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm, and it is necessary that the defendant be present in person on said date, during proceedings, appearances, and final disposition of the case;

NOW, THEREFORE, your petitioner respectfully prays that this Honorable Court do forthwith order a Writ of Habeas Corpus Ad Prosequendum to issue from this Court to the United States Marshal, for the District of Utah, requiring that a Marshal, or any agent with

Federal Bureau of Investigation to serve said Writ on the Warden, or Superintendent, or custodian of any place or institution where the said defendant is confined, and requiring said Marshal to produce said defendant before the Court on the above stated date for proceedings and appearances upon the charge aforesaid, and to hold the defendant at all times in his custody as an agent of the United States of America until final disposition of the case, thereafter to return the defendant to the institution wherein now confined.

DATED this 1st day of April, 2010.

CARLIE CHRISTENSEN
Acting United States Attorney

*/s/ Victoria K. McFarland*
VICTORIA K. McFARLAND
Special Assistant United States Attorney