JEREMY M. DELICINO - 9959
Attorney at Law
10 West Broadway, Suite 650
Salt Lake City, Utah 84101
Telephone: (801) 364-6474
Facsimile: (801) 364-5014

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Plaintiff, : | NOTICE OF APPEAL |
| : | |
| v. : | |
| : | Case No. 2:10-CR-00252 DB |
| **GRACE HELEN DAVIE,** : | |
| Defendant. | |

The defendant, Grace Helen Davie, through her attorney of record, Jeremy M. Delicino, hereby appeals the custody determination in this case made pursuant to the Bail Reform Act to the Tenth Circuit Court of Appeals.

DATED this 30th day of April, 2010.

/s/Jeremy M. Delicino
_____
JEREMY M. DELICINO
Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of April 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

**Jeremy M. Delicino**
jeremydelicino@yahoo.com, jeremy@jeremydelicino.com, brittany@jeremydelicino.com

**Victoria K. McFarland**
victoria.mcfarland@usdoj.gov, julie.almand@usdoj.gov

      /s/ Erica Brooks
      _____